ORIGINAL

FILED
JAN 28 2004
U.S. COURT OF
FEDERAL CLAIMS

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

04-102C

EXELON GENERATION COMPANY, LLC )
Plaintiff, )
v. )
THE UNITED STATES OF AMERICA, )
Defendant. )

**PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1, Exelon Generation Company, LLC ("Exelon Generation"), through its undersigned counsel, respectfully submits this corporate disclosure statement. Exelon Generation is a directly and wholly-owned subsidiary of Exelon Ventures Company, LLC, which is a directly and wholly-owned subsidiary of

Exelon Corporation. Exelon Corporation is a publicly-held corporation.

Dated: January 28, 2004

Respectfully submitted,

By: ____________________
Norman M. Hirsch
Jenner & Block LLP
One IBM Plaza
Chicago, IL 60611
(312) 923-2782 (telephone)
(312) 840-7782 (facsimile)
COUNSEL FOR PLAINTIFF
EXELON GENERATION
COMPANY, LLC

Of Counsel:

Donald R. Cassling
David Jiménez-Ekman
Christopher Tompkins
Jenner & Block LLP
One IBM Plaza
Chicago, IL 60611
(312) 222-9350

David A. Handzo
Jenner & Block LLP
601 Thirteenth Street, N.W.
Suite 1200 South
Washington, D.C. 20005
(202) 639-6000 telephone
(202) 639-6066 fax

Thomas S. O'Neill
Exelon Nuclear
Cornerstone II
5th Floor
4300 Winfield Road
Warrenville, IL 60555
(630) 657-3770