# In the United States Court of Federal Claims

No. 04-102C

(E-Filed: March 30, 2004)

EXELON GENERATION COMPANY, LLC,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

ORDER

The court has before it Defendant's Motion for an Enlargement of Time. Based on the representations contained therein, defendant's motion is GRANTED. Defendant shall respond to plaintiff's complaint on or before Monday, April 19, 2004.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge