**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| EXELON GENERATION COMPANY, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 04-102C |
| v. | ) | (Judge Hewitt) |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

STIPULATION OF DISMISSAL

Pursuant to RCFC 41(a)(1)(ii), and in accordance with a Settlement Agreement between the parties, the parties hereby stipulate to dismissal of this action with prejudice, with each party to bear its own costs, expenses, and attorneys' fees.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

s/ David M. Cohen
DAVID M. COHEN
Director

s/ Norman Hirsch
NORMAN M. HIRSCH
Jenner & Block LLP
One IBM Plaza
Chicago, IL 60611
(312) 923-2782 (tel.)
(312) 840-7782 (fax)

Of Counsel:

Donald R. Cassling
David Jiménez-Ekman
Christopher Tompkins
Jenner & Block LLP
One IBM Plaza
Chicago, IL 60611
(312) 222-9350 (tel.)

David A. Handzo
Jenner & Block LLP
601 Thirteenth Street, N.W.
Washington, D.C. 20005
(202) 639-6000 (tel.)

Thomas S. O'Neill
Exelon Nuclear
Cornerstone II, 5th Floor
4300 Winfield Road
Warrenville, IL 60555
(630) 657-3770 (tel.)

Counsel for Plaintiff

Date: August 9, 2004

s/ Harold Lester
Harold D. Lester, Jr.
Assistant Director
Commercial Litigation Branch,
Civil Division
U.S. Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
(202) 616-0478 (tel.)
(202) 307-2530 (fax)

Counsel for Defendant

Date: August 9, 2004

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this 9th day of August, 2004, the foregoing was filed with the Court electronically, and service is thereby deemed to have been made upon all counsel of record.

/s Christopher Tompkins